IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  09-cv-02417-MSK-MJW

VIDMAR MOTOR CO.,

Plaintiff(s),

v.

VOLKSWAGEN OF AMERICA, INC.,

Defendant(s).

MINUTE ORDER

It is HEREBY ORDERED that the Joint Motion to Vacate Initial Status Conference and to Report Settlement of Case, DN 10, filed with the Court on November 24, 2009, is GRANTED.  The Scheduling Conference set on December 2, 2009, at 8:00 a.m., is VACATED.  However, the Court will set this case for a Status Conference on February 3, 2010, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

Date:   November 30, 2009