IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02417-MSK-MJW

VIDMAR MOTOR CO.,

    Plaintiff,

v.

VOLKSWAGEN OF AMERICA, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion to Dismiss **(#13)** filed January 5, 2010. The Court having reviewed the foregoing:

**ORDERS** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 6th day of January, 2010.

        **BY THE COURT:**

        *[signature]*

        Marcia S. Krieger
        United States District Judge